# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3837
_____

RODNEY EUGENE LOCKETT,

    Appellant,

    v.

RICHARD L. SWEARINGEN, in his
official capacity as
Commissioner of The Florida
Department of Law
Enforcement,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.

January 14, 2019

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Rodney Eugene Lockett, pro se, Appellant.

Dorothy D. Smith, Florida Department of Law Enforcement, Tallahassee, for Appellee.